# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# BECKLEY DIVISION

JOHNATHAN PALMER,

                Plaintiff,

v.                                                  CIVIL ACTION NO. 5:18-cv-01488

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

## MEMORANDUM OPINION AND ORDER

By *Standing Order* (Document 3) entered on December 4, 2018, this action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 8, 2019, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 16) wherein it is recommended that the Plaintiff's brief/motion to remand (Document 14) be denied, the Defendant's brief/motion to affirm (Document 15) be granted, the final decision of the Commissioner be affirmed, and this matter be dismissed from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by May 28, 2019.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the

1

factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's brief/motion to remand (Document 14) be **DENIED**, the Defendant's brief/motion to affirm (Document 15) be **GRANTED**, the final decision of the Commissioner be **AFFIRMED**, and this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: June 4, 2019

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA